# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. DENISE LOZANO                                              Docket Number 05-cr-00231-MSK

### Petition for Early Termination of Supervised Release

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Denise Lozano, who was placed on probation by the Honorable David Briones, sitting on the Court in the Western District of Texas, on the 17th day of November, 2003, under original Dkt. No. EP-03-CR-545-DB(1), who fixed the period of supervision at three years, with supervision commencing on November 22, 2004, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special condition(s) and term(s) as follows:

(1)  Testing and treatment for substance abuse.

(2)  Abstain from alcohol or other intoxicants during supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER: (1) that the Probation Officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release and (3) that, if the United States does not file an objection, that the defendant be discharged from supervised release and the proceedings in this case be terminated.

Respectfully,

s/ Edward C. Gadden
U.S. Probation Officer
Place: Denver, Colorado
Date:  March 28, 2007

### ORDER OF THE COURT

After consideration of the petition, it is

ORDERED that the Probation Officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within <u>fifteen days</u> of the date of service, indicating whether there is any objection to the early termination of supervised release.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

Dated this 28th day of March, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge