**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00231-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENISE LOZANO,

        Defendant.

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

      On March 28, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On March 28, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on March 28, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      Dated this 12th day of April, 2007

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge